UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CAMDEN NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:19-cv-00259-JAW |
| | ) | |
| THOMAS M. CHAPPELL, | ) | |
| M/V SARAH HOLLOWAY | ) | |
| O.N. 1182997 her gear, | ) | |
| fittings, appurtenances, and | ) | |
| engines in rem and Thomas | ) | |
| M. Chappell, in personam, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION FOR ATTORNEY'S FEES**

On August 28, 2019, Plaintiff Camden National Bank (Camden National) filed a motion for attorney's fees seeking $16,042.50 in fees in an action to enforce a maritime lien on the vessel "M/V Sarah Holloway" pursuant to 46 U.S.C. § 31325. *Mot. for Att'y's Fees* (ECF No. 35); *Compl.* ¶ 9 (ECF No. 1).[1] Along with its motion, Camden National filed an affidavit in support of the award of legal fees as well as a detailed accounting of the substance of the work performed, the hours spent on each entry of work, and the billable rates for the attorneys and personnel involved.[2] *Mot. for Att'y's Fees*, Attachs. 1-2.

---

[1] Camden National is entitled to attorney's fees in this action because the mortgage on the Sarah Holloway held by Camden National states that "[t]he net proceeds of any judicial or other sale . . . shall be applied . . . FIRST: To the payment of all attorney's fees, court costs, and any other expenses, losses, charges, damages incurred or advances made by Mortgagee . . . caused by Owner's default hereunder or under the note secured hereby . . .." *Compl.*, Attach. 1 at 3 (ECF No. 1).

[2] The exhibit filed by Camden National lists $16,667.50 worth of time entries—more than requested in the Motion for Attorney's Fees. The last entry, for $625 on August 28, 2019, is for

Camden National has satisfied the Court that, with one exception, the work performed and the hourly rates charged were reasonable; however, the hourly rate for work performed by Susan Fritts, a paralegal, must be discounted from $150, *id.*, Attach. 2 at 11, to $99.75 per the approved lodestar rates laid out in *TD Bank, N.A. v. Estate of Woodman*, No. 17-cv-00163-JAW, 2019 WL 2563813, at *4 (D. Me. June 21, 2019). Camden National seeks fees for 0.80 hours of Ms. Fritts' work at a total cost of $120. *Mot. for Attorney's Fees*, Attach. 2 at 11. Discounted to an hourly rate of $99.75, this amount is $79.80. Therefore, Camden National's request for attorney's fees must be reduced by $40.20 to $16,002.30.

The Court GRANTS Camden National's Motion for Attorney's Fees (ECF No. 35), as altered by the Court, in the amount of $16,002.30.

SO ORDERED.

> s/ John A. Woodcock, Jr.
> JOHN A. WOODCOCK, JR.
> UNITED STATES DISTRICT JUDGE

Dated this 4th day of October, 2019

---

"finaliz[ing] motion and affidavit for attorneys' fees along with application for costs," *Mot. for Att'y's Fees*, Attach. 2 at 11, accounts for the exact amount of this discrepancy. Based on First Circuit authority that "fees for . . . work [on a fee petition] are often calculated at lower rates than those deemed reasonable for the main litigation," *Torres-Rivera v. O'Neill-Cancel*, 524 F.3d 331, 340 (1st Cir. 2008), the Court assumes that Camden National has decided not to pursue the $625 entry related to its fee petition.